United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 6, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-61045
Summary Calendar

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

EVELYN SMITH

Defendant - Appellant

--------------------
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:06-CR-74-3
--------------------

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM:*

Evelyn Smith appeals the 57-month sentence she received
following her guilty-plea conviction for making a counterfeit
security.  She asserts that the district court violated United
States v. Booker, 543 U.S. 220 (2005), by using facts not
admitted by Smith to enhance her sentence.  Post-Booker, "[t]he
sentencing judge is entitled to find by a preponderance of the
evidence all the facts relevant to the determination of a
Guideline sentencing range."  United States v. Mares, 402 F.3d
511, 519 (5th Cir. 2005).  Smith has not shown that the

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

enhancements applied by the district court were clearly erroneous.  See United States v. Lopez-Urbina, 434 F.3d 750, 767 (5th Cir. 2005); United States v. Villanueva, 408 F.3d 193, 203 n.9 (5th Cir. 2005).  Consequently, the judgment of the district court is AFFIRMED.